UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>           Plaintiff,<br><br>      v.<br><br>FRANCISCO RESENDIZ, as Trustee of the RESENDIZ 2017 TRUST, and dba RESENDIZ FRUIT BARN,<br><br>           Defendant. | Case No.  1:22-cv-00318-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT OF FRANCISCO RESENDIZ**<br><br>(Doc. 8) |

On May 23, 2022, the parties filed a stipulation and request to set aside the default of Defendant Francisco Resendiz and to allow Defendant Resendiz to file a response to the complaint. (Doc. 8.)

Pursuant to the parties' stipulation, and cause shown, the stipulation to set aside the entry of default against Defendant Francisco Resendiz is GRANTED.  The Clerk of the Court is directed to vacate the entry of default as to Defendant Francisco Resendiz.  (Doc. 6.)  Defendant Resendiz shall file an answer or responsive pleading to the complaint within ten (10) days following service of this Order.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                               /s/ *Barbara A. McAuliffe*  _
                                                         UNITED STATES MAGISTRATE JUDGE

1